133 F.3d 1378
 11 Fla. L. Weekly Fed. C 1029
 UNITED STATES of America, Plaintiff-Appellee,
v.
408 PEYTON ROAD, S.W., Atlanta, Fulton County, Georgia,
Including all buildings and appurtenances thereon,
described in Exhibit A attached,
Defendant-Appellant,
451 Hope Court, S.W., Atlanta, Fulton County, Georgia,
Including all buildings and appurtenances thereon,
described in Exhibit B attached, Defendant,
Robert Richardson, Claimant-Appellant,
Carswell Denson, et al., Claimants.
 No. 95-8330.
 United States Court of Appeals,
Eleventh Circuit.
 Jan. 23, 1998.
 
 Jerome C. Ware, Ware & Otonicar, Smyrna, GA, for Defendant-Appellant.
 Earle Antoine Davidson, Giddens, Davidson & Mitchell, Atlanta, GA, for Claimants.
 Albert L. Kemp, Jr., Asst. U.S. Atty., Atlanta, GA, for Plaintiff-Appellee.
 Before HATCHETT, Chief Judge, and TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.*
 
 
 1
 ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC
 
 
 2
 (Opinion: 112 F.3d 1106 (11th Cir.1997)).
 
 BY THE COURT:
 
 3
 A member of this court in active service having requested a poll on whether this case should be reheard by the Court sitting en banc, and a majority of the judges of this court in active service having voted in favor of granting rehearing en banc,
 
 
 4
 IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby
 
 
 5
 VACATED.
 
 
 
 *
 Senior U.S. Circuit Judge Peter T. Fay has elected to not participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c)